## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00034-01-CR-W-HFS |
| | ) | |
| KYLE SHADOE McCLURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING COUNT THREE OF INDICTMENT

Upon Motion from the Government, the Court dismisses Count Three of the Indictment filed on February 9, 2010, charging the defendant with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4).

April 20, 2011  /s/ Howard F. Sachs
DATE  HON. HOWARD F. SACHS
  District Judge